UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON,<br><br>               Plaintiff,<br><br>    v.<br><br>U SAVE AUTO SALES INC., d/b/a<br>U SAVE AUTO SALES; WILLARD PARKER,<br>Trustee of the Parker-Ewing<br>Commercial Real Estate Defined<br>Benefit Pension Plan;  SANDRA K.<br>PARKER, Trustee of the Parker-Ewing<br>Commercial Real Estate Defined<br>Benefit Pension Plan,<br><br>               Defendants.[1] | 2:08-cv-02138-GEB-GGH<br><br><u>ORDER TO SHOW CAUSE<br>AND CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u>; FED. R. CIV.<br>P. 4(m) NOTICE |

        The September 11, 2008, Order Setting Status (Pretrial Scheduling) Conference (September 11 Order") scheduled a status conference in this case for December 22, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference.  The Order further required that a status report be filed regardless of whether a joint report could be

---

[1]  The case caption was changed to reflect Plaintiff's Dismissal of Defendants Alfred A. Miller and Ruth B. Miller filed December 12, 2008.

1

1 procured.  No status report was filed.

2     Plaintiff is Ordered to Show Cause (OSC) in a writing to be
3 filed no later than 4:00 p.m. on January 19, 2009, why sanctions
4 should not be imposed against him under Rule 16(f) of the Federal
5 Rules of Civil Procedure for its failure to file a timely status
6 report.  The written response shall also state whether a hearing is
7 requested on the OSC.  If a hearing is requested, it will be held on
8 February 2, 2009, at 9:00 a.m., just prior to the status conference,
9 which is rescheduled to that date.  In accordance with the
10 requirements set forth in the September 11 Order, a status report
11 shall be filed no later than fourteen days prior to the status
12 conference.

13     Further, if service of process has not been completed on or
14 before January 9, 2009, Plaintiff shall show cause in a writing to be
15 filed no later than 4:00 p.m. on January 12, 2009, why this action
16 should not be dismissed for failure to serve Defendant within the 120-
17 day time period prescribed by Rule 4(m).

18 Dated:  December 16, 2008

20                 GARLAND E. BURRELL, JR.
21                 United States District Judge